# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

### CIVIL MINUTES - GENERAL

| Case No. | CV 09-1656 ODW(RZx) | Date | May 25, 2010 |
|---|---|---|---|
| Title | Melanie Vu et al v. Ortho-McNeil Pharmaceutical, Inc. et al | | |

| Present: The Honorable | Otis D. Wright II, United States District Judge | |
|---|---|---|
| Raymond Neal | Not reported | |
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| Not present | Not present |

**Proceedings (In Chambers):**   **Order to Show Cause re Case Settlement;**

**Order Vacating Motion Hearings, Jury Trial, Related Pretrial Hearing Dates and Filing Deadlines**

The Court is in receipt of the Notice of Settlement [84] filed May 24, 2010. The Court orders the parties to show cause why settlement has not been finalized and sets a hearing on the matter for **Monday, July 19, 2010 at 1:30 p.m.**

The OSC hearing will be vacated upon receipt by the Court of a stipulation and proposed order of dismissal.

The Jury Trial and all related pretrial hearing dates and filing deadlines, as well as all pending motions and hearings thereon, are hereby VACATED. If settlement is not finalized, the Court will reinstate all vacated hearings and deadlines at a later date.

IT IS SO ORDERED.

                                                                            :   00

                                                     Initials of Preparer   RGN